IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL M. MILLER,** | : | **CIVIL ACTION NO. 3:23-CV-1165** |
| **Plaintiff** | : | (Judge Neary) |
| v. | : | |
| **BRETT OSAUSKI**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 6th day of May, 2025, upon consideration of the motion to dismiss (Doc. 80), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion to dismiss (Doc. 80) is **GRANTED**.

2. This case is **DISMISSED** with prejudice as untimely.

3. The Clerk of Court is directed to **CLOSE** this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania